# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MELISSA STAR SNOW**
**ADC #760820**                                                                  **PLAINTIFF**

**v.**                                    **No. 4:26-cv-25-DPM-ERE**

**SCOTT, Deputy, C-Unit, Pulaski County
Jail; NELSON, Deputy, C-Unit, Pulaski
County Jail; ERIC HIGGINS, Sheriff,
Pulaski County; and PULASKI COUNTY
DETENTION FACILITY**                                          **DEFENDANTS**

### ORDER

The Court notes that Snow has updated her address since the partial recommended disposition was docketed. *Doc. 11 & 12.* It's unclear if she received the recommendation. The Court therefore directs the Clerk to send Snow a copy of the docket sheet and the recommendation, *Doc. 10.* It also re-opens and extends her time to respond. Any objections to the partial recommended disposition due by 6 April 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
20 March 2026