# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

MELISSA STAR SNOW
ADC #760820                                                        PLAINTIFF

v.                         No. 4:26-cv-25-DPM-ERE

SCOTT, Deputy, C-Unit, Pulaski County
Jail;  NELSON, Deputy, C-Unit, Pulaski
County Jail;  ERIC HIGGINS, Sheriff,
Pulaski County;  and PULASKI COUNTY
DETENTION FACILITY                                            DEFENDANTS

## ORDER

The Court re-opened and extended Snow's time to object to the partial recommended disposition. *Doc. 13.* She didn't object;  and the time to do so has passed.  Unopposed recommendation, *Doc. 10,* adopted.  Fed. R. Civ. P. 72(b)(1983 addition to advisory committee notes).  Snow's claims against the Pulaski County Detention Facility are dismissed, with prejudice, for failure to state a plausible constitutional claim for relief.  The Clerk is instructed to terminate the detention facility as a party to this case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 April 2026