**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MELISSA STAR SNOW**
**ADC #760820** **PLAINTIFF**

**v.** **No. 4:26-cv-25-DPM**

**JOYCE LEE SCOTT, Deputy, C-Unit, Pulaski County Jail; RICKEAL NELSON, Deputy, C-Unit Deputy, Pulaski County Jail; and ERIC HIGGINS, Sheriff, Pulaski County** **DEFENDANTS**

## ORDER

The Court appreciates but declines the recommendation, *Doc. 37*, without prejudice. The Magistrate Judge did not have the benefit of Snow's declaration. It may or may not make a material difference. But I would benefit from Magistrate Judge Ervin's additional thoughts in a further recommendation.

So Ordered.

DPMarshall Jr.
D.P. Marshall Jr.
United States District Judge

28 October 2026